COMMISSIONER OF ASSESSMENT AND TAXATION and BOARD OF REVIEW OF THE CITY OF ALBANY, NEW YORK, Appellants. In the Matter of the Application of UNITED STATES ABSTRACT & SURETY COMPANY, INC., Respondent, for a Writ of Certiorari to Review an Assessment Made by the COMMISSIONER OF ASSESSMENT AND TAXATION and THE BOARD OF REVIEW OF THE CITY OF ALBANY, NEW YORK, Appellants. In the Matter of the Application of FLORENCE M. COMPTON, Respondent, for a Writ of Certiorari to Review an Assessment Made by the COMMISSIONER OF ASSESSMENT AND TAXATION and THE BOARD OF REVIEW OF THE CITY OF ALBANY, NEW YORK, Appellants. In the Matter of the Application of 56 NORTH PEARL, INC., Respondent, for a Writ of Certiorari to Review an Assessment Made by the COMMISSIONER OF ASSESSMENT AND TAXATION and THE BOARD OF REVIEW OF THE CITY OF ALBANY, NEW YORK, Appellants. In the Matter of the Application of JOHN F. NASH, as Surviving Executor and Trustee under the Will of ALEXANDER B. VAN GAASBEEK, Deceased, Respondent, for a Writ of Certiorari to Review an Assessment Made by the COMMISSIONER OF ASSESSMENT AND TAXATION and THE BOARD OF REVIEW OF THE CITY OF ALBANY, NEW YORK, Appellants.— Motions to dismiss appeals granted, unless cases on appeal are filed, and matters submitted or argued during the current term. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ANNA MARY CHENSKY, Respondent, against BEACON COMMISSARY CORPORATION and Another, Respondents. GREAT AMERICAN INDEMNITY COMPANY, Appellant; STATE INDUSTRIAL BOARD, Respondent.— Motion to compel acceptance and certification of shortened record on appeal denied, with ten dollars costs to be divided between the claimant and the State Industrial Board, and disbursements to each. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of Mr. and Mrs. ANTHONY MUSCALO, Respondents, against DEPEW CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied, with ten dollars costs to the State Industrial Board against the appellants. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LOUIS N. SEELY, Respondent, against PHŒNIX TRANSIT COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARY BECKER, Respondent, against JOHN A. CARPENTER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PETER RAYNELLO, Respondent, against SCOTT BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PETER RAYNELLO, Respondent, against SCOTT BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Application granted to the extent that the decision of May 15, 1934, entered May